RECEIVED

NOV 04 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________
DEPUTY CLERK

**United States District Court** JUDGE LEON SCHYDLOWER

**Western District of Texas**

**El Paso Division**

EP 26CV2698

**Guadalupe Grisel Ramos, Plaintiff,**

**v.**

**Speaking Rock Entertainment/Ysleta del Sur Pueblo, Defendant,**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION (ADA / TITLE VII)**

Plaintiff, Guadalupe G. Ramos, resides at 3027 Dublin El Paso, Texas, 79925 Telephone: (915) 331-3202. Plaintiff brings this action pro se against Defendant Speaking Rock Entertainment Center / Ysleta del Sur Pueblo for unlawful disability discrimination, failure to accommodate, and retaliation.
Defendant, Speaking Rock Entertainment Center (owned and operated by the Ysleta del Sur Pueblo), is located at 122 S. Old Pueblo Rd., Ysleta del Sur Pueblo, TX 79907. Defendant is an employer operating commercial entertainment operations subject to federal civil rights laws.

Jurisdiction Plea
This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), as this action arises under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) and received an official Notice of Right to Sue with a 90-day statutory deadline expiring November 5, 2026.

Allegation 1
On or about November 30, 2025, while performing assigned duties at Speaking Rock Kiosk 108, Plaintiff suffered severe physical injury and traumatic brain injury (TBI) due to a catastrophic mechanical failure of kiosk equipment, resulting in chronic neurological impairment, severe photophobia, and disability under the ADA.

Allegation 2
Following the injury, Defendant and its authorized agents/claims administrators engaged in unlawful disability discrimination, administrative bad faith, medical gatekeeping, refusal of reasonable accommodation, and retaliatory file closure. Defendant improperly interfered with independent medical care, ignored documented medical restrictions, and retaliated against Plaintiff for exercising statutory rights.

WHEREFORE, Plaintiff respectfully requests that this Court grant judgment in her favor and award the following relief: declaratory and injunctive relief establishing Defendant's statutory civil rights violations; compensatory damages for medical expenses, lost wages, and pain and suffering; punitive damages for willful non-compliance; and such other relief as this Honorable Court deems just and proper.

______________________ 11/4/26

Guadalupe G. Ramos, Pro Se
3027 Dublin Rd
El Paso, TX 79925
Telephone: (915) 331-3202
Email: griselramos2919@gmail.com